IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SUSANNE BECKER,

Plaintiff,

vs.

UNITED STATES POSTAL SERVICE;
POSTMASTER GENERAL, LOUIS DEJOY;
MARK DIMONDSTEIN PRESIDENT OF
THE AMERICAN POSTAL WORKERS; and
FREDRIC V. ROLANDO, PRESIDENT OF
NATIONAL ASSOCIATION OF LETTER
CARRIERS,

Defendants.

8:20CV394

DECLARATION AS TO FILING
NOTICE OF NOTICE OF REMOVAL

I, Lynnett M. Wagner, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the District of Nebraska, and that it is the legal equivalent of a statement under oath.

1.     I am an Assistant United States Attorney for the District of Nebraska. In that capacity I have been assigned, together with other attorneys, to represent the Defendants United States Postal Service and Postmaster DeJoy in this matter.

2.     On October 1, 2020, I caused to be delivered a Notice of Filing of Notice of Removal to the Clerk of the District Court of Scotts Bluff County, Nebraska, Case No. CI 20-509.

3.     On the same day I caused notice of the filing of the Notice of Removal to be mailed to the other parties to this action.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

DATED:  October 1, 2020

s/ Lynnett M. Wagner
Lynnett M. Wagner, Bar No. 21606
Assistant United States Attorney
1620 Dodge Street, Ste. 1400
Omaha, NE 68102-1400
Tel:  (402) 661-3700
Fax:  (402) 661-3080