THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

SUSANNE BECKER,

Plaintiff,

vs.                                                      8:20cv00394

Defendants

NATIONAL ASSOSCATION OF LETTER CARRIERS(nalc)          MOTION TO STRIKE

And President Fredric V.Rolando

---

Motion for a Default Judgement against the American Postal Workers (APWU) and President Mark Dimondstein.

Federal Rules of Civil Procedure, Plaintiff Susanne R. Becker hereby moves this Court to enter a default Judgement to the Complaint under Rule 55(a).

Date: November 10, 2020

                       Signature signed under FRCP 11(a)  Susanne Becker

                                                        506 west 42nd street

                                                        Scottsbluff, NE 69361

                                                        Livingsacrifice70@hotmail.com

                                                        308-765-4985

CERTIFICATE OF SERVICE

I, Susanne RBecker, hereby certify that on November 10, 2020, a copy of the foregoing Motion for Default Judgement was served American Postal Workers (APWU) and President Mark Dimondstein was serve electronically via the CM/ECF system, and a copy of the same has been served by U.S. first-class mail upon:

Mark Dimondstein, President
American Postal Workers
1300 L St., NW
Washington, DC 20005

Joseph P. Kelly
Lynnett M. Wagner
United States Attorney's Office
District of Nebraska
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506

National Association of Letter Carriers
Fredric V.Rolando
100Indiana Ave., NW
Washing, DC 20001-2144

                                                        Susanne Becker