IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, POSTMASTER GENERAL LOUIS DEJOY, MARK DIMONDSTEIN, PRESIDENT OF THE AMERICAN POSTAL WORKERS, AND FREDRIC V. ROLANDO, PRESIDENT OF NATIONAL ASSOCIATION LETTER CARRIERS,<br><br>          Defendants. | 8:20CV00394<br><br>FEDERAL DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |

      United States Postal Service and Postmaster General Louis DeJoy move the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), or in the alternative to enter summary judgment for said Defendant pursuant to Federal Rule of Procedure 56. In support of this motion, the Federal Defendants direct the Court's attention to Federal Defendants' Index of Evidentiary Materials and brief filed in support of this motion.

UNITED STATES POSTAL SERVICE, AND
POSTMASTER GENERAL, LOUIS DEJOY,
Federal Defendants.

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: s/ Lynnett M. Wagner
LYNNETT M. WAGNER, #21606
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
E-mail:lynnett.m.wagner@usdoj.gov