IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN BECKER,<br><br>             Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, POSTMASTER GENERAL LOUIS DEJOY, MARK DIMONDSTEIN, PRESIDENT OF THE AMERICAN POSTAL WORKERS, AND FREDRIC V. ROLANDO, PRESIDENT OF NATIONAL ASSOCIATION LETTER CARRIERS,<br><br>             Defendants. | 8:20CV00394<br><br>INDEX OF EVIDENTIARY MATERIALS IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT |

Pursuant to NECivR 7.1(a)(2), Federal Defendants submit the following evidentiary material in support of their Motion to Dismiss or, in the alternative, Motion for Summary Judgment.

1. Declaration of Orlando H. Martinez, Labor Relations Specialist, and Exhibits A through C (23 pages).

UNITED STATES POSTAL SERVICE, and
POSTMASTER GENERAL LOUIS DEJOY,
Federal Defendants

JOSEPH P. KELLY
United States Attorney
District of Nebraska


By: s/ Lynnett M. Wagner
    LYNNETT M. WAGNER, #21606
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE  68102-1506
    Tel:  (402) 661-3700
    Fax:  (402) 661-3081
    E-mail: lynnett.m.wagner@usdoj.gov