THE UNITED STATES FEDERAL DISTRICT COURT OF THE DISTRICT OF

NEBRASKA

SUSANNE BECKER,Plaintiff, vs. 8:20cv00394

vs,

Defendants

United States Postal and essigns　　　　　　　reply summary judgement

National Association of Letter Carriers and essigns

Since Mr.Martinez affidavit says he cant find a gerviance for 2017 from Texas as in Colorado or Wyoming then I ask for my refund of 4,446.75 that was taken in error by the USPS from the U.S Treasury before a due process hearing.

Signature signed under FRCP 11(a) Susanne Becker