# Capture Dec 10, 2020

Thursday, December 10, 2020                    7:15 AM

```
                                    Product Sensitive Taxpayer Data

FORM NUMBER: 1040A                  Account Transcript        Request Date: 12-14-2019
TAXPAYER IDENTIFICATION NUMBER:     TAX PERIOD: Dec. 31, 2017  Response Date: 12-14-2019
SUSA MOR                                                       Tracking Number: 100446147961
                                    XXX-XX-183A

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ----

ACCOUNT BALANCE:                      0.00
ACCRUED INTEREST:                     0.00           AS OF: Mar. 19, 2018
ACCRUED PENALTY:                      0.00           AS OF: Mar. 19, 2018

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):                     0.00

                        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                             04
FILING STATUS:             Head of Household
ADJUSTED GROSS
  INCOME:                          26,689.00
TAXABLE INCOME:                     1,139.00
TAX PER RETURN:                         0.00
SE TAXABLE INCOME
  TAXPAYER:                             0.00
SE TAXABLE INCOME
  SPOUSE:                               0.00
TOTAL SELF
  EMPLOYMENT TAX:                       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2018
PROCESSING DATE                                                 Mar. 05, 2018

TRANSACTIONS
CODE EXPLANATION OF TRANSACTION                      CYCLE       DATE         AMOUNT
150  Tax return filed                              20180703   03-05-2018        $0.00
     76209-441-47885-8

806  W-2 or 1099 withholding                                  04-15-2018   -$1,985.00
766  Credit to your account                                   04-15-2018   -$2,086.00
768  Earned income credit                                     04-15-2018   -$4,565.00
826  Credit transferred out to                                05-12-2018    $4,595.30
     1040 201612
971  Notice issued                                            05-19-2018        $0.00
846  Refund issued                                            05-01-2018    $4,856.70
898  Refund applied to non-IRS debt:                          05-19-2018        $0.00
     $4,171.00
898  Refund applied to non-IRS debt:                          05-19-2018        $0.00
     $665.70
```