# Capture Dec 10, 2020

Thursday, December 10, 2020         7:13 AM

