IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN BECKER,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>POSTMASTER GENERAL LOUIS DEJOY,<br>MARK DIMONDSTEIN, PRESIDENT OF<br>THE AMERICAN POSTAL WORKERS,<br>AND FREDRIC V. ROLANDO, PRESIDENT<br>OF NATIONAL ASSOCIATION LETTER<br>CARRIERS,<br><br>              Defendant. | 8:20CV00394<br><br>JOINT MOTION TO STRIKE<br>AMENDED COMPLAINT<br>(FILINGS 23, 27) |

       Fredric V. Rolando, United States Postal Service, and Postmaster Louis DeJoy, Defendants move the Court to strike two pleadings, Filing 23 and Filing 27. Plaintiff is pro se.

       On December 9, 2020, Plaintiff filed Filing No. 23, and on December 10, 2020, Plaintiff filed Filing No. 27, an identical copy of what she filed on December 9, 2020. While captioned as "reply on dismissal USPS", the documents are drafted as an Amended Complaint and raise new claims of wire fraud against Defendants.

       The Court should strike the Plaintiff's Amended Complaint. Rule 15(a)(1) allows a plaintiff to amend once as a matter of course. However, a party may only amend as a matter of course within certain timeframes. A plaintiff may amend as a matter of course within:

(a) 21 days after service of the complaint; or
(b) If the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), whichever is earlier.

Fed. R. Civ. P. Rule 15(a)(1).

In this case, Defendant Fredric V. Rolando filed a Motion to dismiss pursuant to Fed. R. Civ. P. Rules 12(b)(2) and 12(b)(6) on November 9, 2020. (Filing 13). Defendants USPS and Postmaster DeJoy filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) on December 9, 2020. Plaintiff's amended complaint was not filed within 21 days of Defendant Rolando's motion to dismiss, which motion was filed on November 9, 2020.

For all other amendments, a plaintiff may amend her pleading only with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15(2). Defendants did not consent to the amended complaint. Further, Plaintiff did not seek leave of the Court to amend pursuant to Rule 15(a)(2). Since the Court has not granted Plaintiff leave to file an Amended Complaint, the Court should strike Filings 23 and 27 because they are premature and contrary to Rule 15.

FREDRIC V. ROLANDO, Defendant,

s/ Kate M. Swearengen
Kate M. Swearengen
Cohen, Weiss and Simon LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
Telephone: (212) 563-4100
Facsimile: (646) 473-8272
kswearengen@cwsny.com
Jason R. McClitis (Bar No. 26758)
Blake & Uhlig, P.A.
753 State Avenue, Suite 475
Kansas City, Kansas 66101
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
jrm@blake-uhlig.com
Attorneys for Defendant Fredric V. Rolando

And

UNITED STATES POSTAL SERVICE, and
POSTMASTER GENERAL LOUIS DEJOY,
Federal Defendants

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: s/ Lynnett M. Wagner
LYNNETT M. WAGNER, #21606
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
E-mail:lynnett.m.wagner@usdoj.gov

3