THE UNITED STATES FEDERAL DISTRICT COURT OF THE DISTRICT OF NEBRASKA
SUSANNE BECKER, Plaintiff, vs. 8:20cv00394
vs,
Defendants
United States Postal and essigns          MIS. Relief
National Association of Letter Carriers and essigns
APWU and essigns

_____

My opinion is Mark Dimondstein swindled the postal office of 1.6 billion dollars by placing clerks in management positions and having them funnel money through the grievance database by creating an overpayment invoice and then calling it "non-federal debt". Fredric Rolando knew about this and that is why the lawyer up and wanted to dismiss this case. The Postmaster Generals Patrick Donahoe 2011, Megan Brennan 2018 and Louis DeJoy 2020 all new about this and help cover it up as an invoice of indebtedness. But little did they know that when overpayment happens, I become my own employer and is required by tax law a w-2 to offset income I was paying myself for. Therefore Mark Dimondstein owes me a w-2.

Signature signed under FRCP 11(a) Susanne Becker<br>
506 west 42 nd street<br>
Scottsbluff, NE 69361<br>
Livingsacrifice70@hotmail.com<br>
308-765-4985