THE UNITED STATES FEDERAL DISTRICT COURT OF THE DISTRICT OF NEBRASKA
SUSANNE BECKER,Plaintiff, vs. 8:20cv00394
vs,
Defendants
United States Postal and essigns                                Additional show of cause 2
National Association of Letter Carriers and essigns
APWU and essigns

_____

The following exhibit 8 and 9 shows that the GATS database is not accurate and the figures are suck but that goes back to WHO programmed the database and exhibit 9 shows ``Computer Science Corporation '' based out of Minnesota. Hmm….. that where the billing of the indebtedness on overpayment (which is oxymoron) invoices from USPS was processed which today is named HP Enterprise.

Anyway, Mr. Martinez Affidavit is incorrect cause the GATS database can find my grievances cause Q11C-4Q-C11311239 and Q06c-4Q-C10005587 is the account grievance numbers in the GATS database which allows the managers like Ameila to switch funds freely from my personnel records to hers or to anyone else she essigns my money too. Again, I was a clerk ina level 18 office in Mitchell, NE and Debbie Wademan KNOWS me is still a Postmaster in Mitchell, NE in which my overpayment is not a overpayment because I never got paid in 2017 and since the invoice says (PR) prior year 2016 I get a W-2 to offset income BUT  the USPS nor the APWU give me that w-2 must be a programming coded error.
           I STILL WANT MY TAX MONEY BACK  PLUS INTEREST!!


                                                     Signature signed under FRCP 11(a) Susanne Becker
                                                                                       506 west 42 nd street
                                                                                       Scottsbluff, NE 69361
                                                                              Livingsacrifice70@hotmail.com
                                                                                              308-765-4985