# Exhibit 9

Sunday, January 3, 2021        7:14 AM

| | | |
|---|---|---|
| | | cancellation transactions by themselves over the telephone using interactive voice Technology (IVR) and the EWS-Web. Postalease includes a web interface for HR and ASC professionals to process exceptions. If an employee is unable to use the IVR or Web to process an open season transaction, the employee completes a Postalease worksheet, signs and dates it, and submits it to the field personnel specialist who uses the Postalease Web application to enter the transaction into the Postalease system. Web access to Postalease enables HR professionals to create, delete, and view pending and historical transactions for employees in their own servicing personnel office areas. This system was formerly called the Employee Self Service System. |
| 1069.00 | GRIEVANCE AND ARBITRATION TRACKING SYSTEM | The United States Postal Service (USPS) and Computer Science Corporation (CSC) recently completed development of the **Grievance Arbitration Tracking System (GATS** 2.0) to replace the mainframe version Of the Grievance Arbitration Tracking System. **GATS** 2.0 is a web based system with the server residing in Minnesota. It has been running for the last year at most sites with 400 users working with the system. |
| 1103.00 | RETAIL DATA MART | The **Retail Data Mart** (RDM) was developed to provide easy access to retail transaction data and critical business information used for operational planning, fraud detection, and strategy development as well as sales and market analysis. The **RDM** was established to harness the power of Retail data to afford the opportunity to generate more revenue, improve customer service, staff to match customer demand, and improve retail performance. |
| 1213.00 | WWW.USPS.COM | **USPS.com** is the Postal Service external customer facing website. This site is the |