THE UNITED STATES FEDERAL DISTRICT COURT OF THE DISTRICT OF NEBRASKA

SUSANNE BECKER, Plaintiff, vs. 8:20cv00394

vs,

Defendants

United States Postal and essigns                                    motion for summons

National Association of Letter Carriers and essigns

APWU and essigns

_____

Motion to the court and or the clerk for a time and Date from the court for summons to be issued to the following Defendants according to Rule 4(b):

Mark Dimondstein

President of the APWU

(202) 842-4250

1300 L Street NW

Washington DC 20005

Fedric Rolando President of the NALC

National Association of Letter Carriers

100 Indiana Ave., NW

Washington, DC 20001-2144

Louis Dejoy

475 L'Enfant Plaza SW.,

 Washington, DC 20260

Signature signed under FRCP 11(a) Susanne Becker
506 west 42 nd street
Scottsbluff, NE 69361
Livingsacrifice70@hotmail.com

308-765-4985